**Daniel GOODIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 104939**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: October 24, 2017

FOR APPELLANT: Timothy Forneris, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101.

FOR RESPONDENT: JOSHUA D. HAWLEY, Robert J. (Jeff) Bartholomew, P.O. Box 899, Jefferson City, MO 65102.

Before Lisa P. Page, P.J., Roy L. Richter, J., and Philip M. Hess, J.

ORDER

PER CURIAM

Daniel Goodin ("Movant") appeals from the motion court's judgment denying his Rule 24.035 motion for post-conviction relief, without an evidentiary hearing. Movant pleaded guilty to the class B felony of first-degree burglary, in violation of Section 569.160 (RSMo. 2000). Movant was

sentenced to ten years' imprisonment. We affirm the motion court's judgment.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).